**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 19, 2008**

Charles M. Caldwell
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 07-58035 |
| ERIC M. SCHOEN | : | CHAPTER 13 |
| MINDY SCHOEN | | |
| DEBTORS | : | JUDGE CALDWELL |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM
NO. 23 OF OHIO BUREAU OF WORKERS' COMPENSATION
(RELATED TO DOCKET NO. 25)**

This matter is before the Court on the Objection to Claim No. 23 of the Ohio Bureau of

Workers' Compensation filed by the Debtors.  It is agreed that neither debtor has any personal

**Eric M. Schoen**
**Chapter 13 – Case No. 08-58035**
**Agreed Order Resolving Objection to Claim**
**No. 23 of Ohio Bureau of Workers' Compensation**
**Page 2**

liability for this debt.  It is ordered that Claim No. 23 of the Ohio Bureau of Workers' Compensation is

disallowed.

    **IT IS SO ORDERED.**

**APPROVED:**

/s/Judith M. McInturff
Judith M. McInturff    (0019809)
Nannette J. B. Dean    (0065093)
Case Attorney for Debtors
50 West Broad Street, Suite 2250
Columbus, OH 43215
(614) 464-2235
(614) 464-3823 (fax)
court@judithmcinturff.com

/s/Amy K. Kaufman per e-mail authority 2/19/08
Amy K. Kaufman, Esq.
Assistant Attorney General
Collections Enforcement
150 E. Gay Street, 21st Floor
Columbus, Ohio  43215
(614) 728-4324
(866) 523-8113 (fax)
akkaufman@ag.state.oh.us


**Copies to:**

| Office of the Chapter 13 Trustee | US Trustee | Ohio Bureau of Workers' Compensation |
| --- | --- | --- |
| 130 East Wilson Bridge Rd., #200 | 170 N. High Street, #200 | Legal Operations Bankruptcy Unit |
| Worthington, Ohio  43085 | Columbus, Ohio  43215 | Attn:  Jill Whitworth, BWC Attorney |
| | | PO Box 15567 |
| | | Columbus, Ohio  43215-0567 |
| | | |
| Eric M. and Mindy Schoen | Amy K. Kaufman, Esq. | Judith M. McInturff, Esq. |
| 5505 Somerset Avenue | Assistant Attorney General | 50 W. Broad Street, #2250 |
| Westerville, Ohio  43082 | Collections Enforcement | Columbus, OH 43215 |
| | 150 E. Gay Street, 21st Floor | |
| | Columbus, Ohio  43215 | |

    ###