**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 6, 2014**



Charles M. Caldwell
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re:  Eric M and Mindy Schoen | : | Case No. 07-58035 |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | Judge Caldwell |

### AGREED ORDER EXTENDING TIME FOR OHIO DEPARTMENT OF TAXATION TO RESPOND TO DEBTORS' OBJECTION TO PROOF OF CLAIM #25 [DOC. #118]

This matter is before the Court upon the Motion of the State of Ohio Department of Taxation ("DOT") to Extend Time to Respond to Debtors' Objection to Proof of Claim No. 25. Upon agreement of the parties and for good cause shown, DOT is granted an extension of time up to and including January 21, 2013 in which to respond to Debtors' objection.

IT IS SO ORDERED.

Agreed to:

| | |
|---|---|
| /s/Brian M. Gianangeli | /s/Judith M. McInturff |
| Charles A. Mifsud (0070498) | Judith M. McInturff (0019809) |
| Brian M. Gianangeli  (0072028) | Sarah A. Williams (0085032) |
| THE LAW OFFICE OF | JUDITH M. MCINTURFF CO., LPA |
| CHARLES MIFSUD, LLC | 50 W. Broad St., Ste. 2300 |
| Special Counsel to the Attorney General | Columbus, OH 43215 |
| 6305 Emerald Pkwy. | Phone – (614) 464-235 |
| Dublin, OH 43016 | Fax – (614) 464-3823 |
| Phone – (614) 389-5282 | court@judithmcinturff.com |
| Fax – (614) 389-2294 | Attorneys for Debtors, |
| bgianangeli@mifsudlaw.com | Eric and Mindy Schoen |
| Attorneys for The State of Ohio, | |
| Department of Taxation | |

cc:   Default List
      Brian M. Gianangeli, 6305 Emerald Parkway, Dublin, OH 43016

###