**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| In re:  Eric M and Mindy Schoen | : | Case No. 07-58035 |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | Judge Caldwell |

**SECOND MOTION OF STATE OF OHIO DEPARTMENT OF**
**TAXATION TO EXTEND TIME TO RESPOND TO DEBTORS'**
**OBJECTION TO PROOF OF CLAIM NO. 25 [DOCKET #116]**

Creditor, the State of Ohio Department of Taxation ("DOT"), hereby moves this Court pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to extend until March 7, 2014 the time in which DOT may respond to the Debtors' Objection to DOT's Proof of Claim No. 25.  In support of this motion, DOT states as that the response time was previously extended to January 21, 2014 by agreement of the parties.  Specifically, since the last extension, DOT has provided to Debtor additional information supporting its claim, and Debtors' counsel and counsel for DOT are currently exploring a resolution to the issues raised in the objection.  A proposed Agreed Order granting the requested extension will be submitted to the Court for its review.

      Respectfully submitted,

      /s/ Brian M. Gianangeli
      Charles A. Mifsud (0070498)
      Special Counsel to the Attorney General
      Brian M. Gianangeli  (0072028)
      THE LAW OFFICE OF CHARLES MIFSUD, LLC
      6305 Emerald Parkway
      Dublin, OH 43016
      Phone – (614) 389-5282
      Fax – (614) 389-2294
      Email – bgianangeli@mifsudlaw.com

      Attorneys for Creditor,
      The State of Ohio Department of Taxation

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, this 21st day of January, 2014, upon:

Eric and Mindy Schoen
5505 Somerset Avenue
Westerville, OH 43082


Judith M. McInturff
50 W Broad St #2300
Columbus, OH 43215

Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

Asst. US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215


/s/ Brian M. Gianangeli
Brian M. Gianangeli (#0072028)